Alan Ruddy, Esq., Assistant County Counsel
Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendant, County of Essex, also improperly pled as Essex County Department of Corrections, Essex County Adult Corrections Center, Essex County Adult Corrections Center Director Al Ortiz, Sgt. John Lopez, improperly plead as Sheriff's Officer Lopez)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK)

| | |
|---|---|
| MOISES ECHEVARRIA, | Civil Action No.<br>Removed from:<br><br>SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO. ESX-L-6295-21<br><br>Civil Action<br><br>**NOTICE OF FILING PETITION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY FOR REMOVAL 28 U.S.C. §1446(d)** |
| Plaintiff, | |
| vs. | |
| COUNTY OF ESSEX, ESSEX COUNTY DEPARTMENT OF CORRECTIONS; ESSEX COUNTY ADULT CORRECTIONS CENTER; ESSEX COUNTY ADULT CORRECTION CENTER DIRECTOR AL ORTIZ; NEW JERSEY DEPARTMENT OF CORRECTIONS; SHERIFF'S OFFICER LOPEZ; ABC SHERIFF'S OFFICERS (fictitious defendants); DEF COUNTY GUARDS (fictitious defendants); GHI PUBLIC ENTITIES 1-5 (fictitious Defendants); JKL PRIVATE ENTITIES 1-5, (fictitious defendants) and JOHN/ JANE DOES 1-10 (fictitious defendants), | |
| Defendants. | |

To:	Clerk of the United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ  07101

On Notice to:	Clerk, Essex County Superior Court
Civil Action Division
Veterans Courthouse – Room 131
Newark, NJ  07102

John H. Sanders, Esq.
655 Shrewsbury Avenue, Suite 314
Shrewsbury, NJ  07702
(Attorney for Plaintiff)

SIR/MADAM:

PLEASE TAKE NOTICE that the defendants, County of Essex, et al. on this 1st day of September, 2021 filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the District of New Jersey, to remove the above-captioned matter from the Superior Court of New Jersey, Essex County, to the United States District Court for the District Court of New Jersey.

You are also advised that the defendants, upon filing of said Notice of Removal, filed a copy of the Notice with all counsel of whom defendants have notice has filed pleadings in this case.

Courtney M. Gaccione
Essex County Counsel
(Attorney for defendant,
County of Essex)

*s/Alan Ruddy*
Alan Ruddy
Assistant County Counsel

Dated:  September 1, 2021

## CERTIFICATION OF SERVICE

I hereby certify that the original of the Notice of Petition to the Clerk of the United States District for the District of New Jersey for the Removal and the Notice of Removal were filed with Clerk of the United States District Court for the District of New Jersey, Newark Vicinage, and the Clerk of the Essex County Superior Court of New Jersey, Civil Division, and counsel of record within the time prescribed by the rules of Court.

                                                *s/Alan Ruddy*
                                                Alan Ruddy
                                                Assistant County Counsel

Dated: September 1, 2021