

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003 --- 973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Courtney M. Gaccione**
Essex County Counsel

September 8, 2021

William T. Walsh, Clerk
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Moises Echevarria v. County of Essex, et al.
Civil Action No. 21-16609

Dear Sir:

I represent the County of Essex in the above captioned matter. Please be advised that on this date we electronically filed a Notice of Removal with supporting papers in the U.S. District Court. A check in the amount of $402.00 to cover the filing fee will be forwarded to the District Court within the next fourteen days.

Very truly yours,

*s/Alan Ruddy*
Alan Ruddy
Assistant County Counsel
(973) 621-5021

AR/gs