# SHEBELL & SHEBELL LLC
## ATTORNEYS AT LAW

Thomas F. Shebell, III*

Mark T. Apostolou, Jr. *
Danielle S. Chandonnet**
John H. Sanders, II*

Michelle C. Shebell
Christian R. Mastondrea

OF COUNSEL
Raymond P. Shebell, Sr.
Thomas F. Shebell, Jr. **
Philip G. Auerbach
Victor Rallo, Jr.

IN MEMORIAM
Thomas F. Shebell, Sr.
(1927-1986)



*Certified by the Supreme Court of NJ as a Civil Trial Attorney
** Member NJ & NY Bars
† License in Illinois

655 Shrewsbury Ave.
Suite 314
Shrewsbury, NJ 07702

T 732.663.1122
F 732.663.1144

www.Shebell.com

Additional Office in Newark, NJ

April 26, 2023

*Via Efiling*

Honorable Jose R. Almonte, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re:    Echevarria v. County of Essex, et al.
           Civil Action No.:    2:21-cv-16609
           Our File No.:       52611

Dear Judge Almonte:

      This firm represents the Plaintiff Moises Echevarria in the above captioned matter. I have reached out to counsel for the defense to provide an update concerning discovery in this matter.

      The parties completed the deposition of the Plaintiff in this case, which was conducted remotely. In addition, the Plaintiff provided a settlement demand to the Defendant. The Plaintiff provided notices for depositions and also the categories of Rule 30(b)(6) witnesses for depositions, but the parties have not been able to arrive at an agreed upon date to conduct the defense depositions. Accordingly, it is requested by the Plaintiff that the Court provide instruction to the parties requiring that the defense provide dates by a date certain, so that we can proceed.

      Thank you again for the Court's assistance with the discovery issues in this case.

                          Respectfully Submitted,

                          JOHN H. SANDERS, II

JHS/lmp
cc:    Alan Ruddy, Esq., Assistant County Counsel
       Stephen D. Holtzman, Esq.
       Jeffrey McClain, Esq.