# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003   ---   973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

Jerome M. St. John
Essex County Counsel

May 9, 2023

William T. Walsh, Clerk
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:    Moises Echevarria v. County of Essex, et al.
                Civil Action No. 21-16609

Dear Sir:

    Please be advised that the parties have settled this matter. We would respectfully request a sixty-day Order.

                        Very truly yours,

                        *s/Alan Ruddy*_____
                        Alan Ruddy
                        Assistant County Counsel
                        (973) 621-5021

AR/gs